**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

JOHN ORTIZ,

Plaintiff,

v.

CAMPING WORLD RV SALES, LLC DBA RVS.COM, JAYCO OF OKLAHOMA CITY and JAYCO, INC.,

Defendants.

CAUSE NO.: 3:25-CV-811-TLS-AZ

**OPINION AND ORDER**

This matter is before the Court on Defendant Jayco, Inc.'s Notice of Acceptance Offer of Judgment [ECF No. 33], filed on July 16, 2026, advising that Plaintiff John Ortiz has accepted the Defendant's Rule 68 Offer of Judgment. Rule 68 operates automatically, requiring that upon the filing of an offer, notice of acceptance, and proof of service, "[t]he clerk must then enter judgment." Fed. R. Civ. P. 68(a); *see Webb v. James*, 147 F.3d 617, 621 (7th Cir. 1998 ("Because of this mandatory directive [of Rule 68], the district court has no discretion to alter or modify the parties' agreement. . . . Once the acceptance has been properly filed, judgment must be entered."). Here, the Defendant has shown the filing of the offer, notice of acceptance, and proof of service. *See* ECF No. 33-1.

**CONCLUSION**

Based on the foregoing, the Court hereby DIRECTS the Clerk of Court to enter judgment for $5,000 in favor of the Plaintiff John Ortiz and against Defendant Jayco, Inc. This case remains pending on the Plaintiff's claims against Defendants Camping World RV Sales, LLC

dba RVs.com and Jayco of Oklahoma City for breach of agreement under state law in Paragraph 33 of the Complaint.

SO ORDERED on August 13, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT